UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIANE CORDIER CHAVEZ and
LARRY CHAVEZ, her husband,

      Plaintiffs,

v.                                   Case No.  8:07-cv-1199-T-24MSS

TARGET CORPORATION, a
foreign corporation authorized to
do business in the state of Florida,

      Defendant.

_____/

## ORDER

      This cause comes before the Court for consideration of Defendant's Show of Cause to Avoid Remand to State Court (Doc. No. 8).  On June 12, 2007 Plaintiffs Diane Cordier Chavez and Larry Chavez ("Plaintiffs") filed suit against Defendant Target Corporation ("Defendant") in state court, alleging that Plaintiff Diane Cordier Chavez suffered personal injuries while inside Defendant's store as a result of Defendant's negligence, and that Plaintiff Larry Chavez suffered loss of consortium as a result of Defendant's negligence  (Doc. No. 2).  On July 9, 2007 Defendant filed a Notice of Removal to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. §§ 1441 and 1446 (Doc. No. 1).  On July 19, 2007, the Court entered an Order finding that Defendant had not established, by a preponderance of the evidence, that the amount in controversy requirement was satisfied (Doc. No. 6), and directed Defendant to show cause why the action should not be remanded to the state court in which the action was originally filed.

      The Court finds that Defendant Target Corporation has sufficiently shown, by a

preponderance of the evidence, that the amount in controversy more likely than not exceeds the

jurisdictional requirement, and as such, an order of remand is not necessary.

      **DONE AND ORDERED** at Tampa, Florida, this 31st day of July, 2007.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge